IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. |
| ) | |
| SADLER FINANCIAL GROUP, LTD., ) | **04 MBD 10146** |
| ) | |
| Respondent. ) | |

UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia D. Bottome, Trial Attorney, Tax Division, U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044, as attorney for the United States in the above-referenced proceeding.

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

*/s/ Lydia D. Bottome*
LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560