UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SADLER FINANCIAL GROUP, LTD.,<br><br>    Defendant. | MBD NO.<br><br>04 MBD 10146 |

### NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the plaintiff, the United States of America. Attorney Lydia D. Bottome will remain as lead counsel for said plaintiff in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

Dated: May 14, 2004