IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,          )
                                   )
            Petitioner,            )
                                   )
      v.                           )     Civil No.    04-MBD-10146-WGY
                                   )
SADLER FINANCIAL GROUP, LTD.,      )
                                   )
            Respondent.            )

## CERTIFICATE OF SERVICE

Scott McLeod says that:

1.    I am a duly authorized Special Agent of the Criminal Division of the Internal

      Revenue Service; I am over 18 years of age and I am not a party to the above-

      proceeding.

2.    On _____June 1st_____, 2004, I served copies of the Order to Show Cause,

      dated _May 20TH 200_, 2003, of the Petition with Exhibits A and B

      attached, and of the Declaration of Scott McLeod, upon the respondent, Sadler

      Financial Group, Ltd., by delivering them in hand to _Russell Sadler_,

      at _Sadler Financial Group, Ltd. 116 Long Pond Rd, Suite 7,_
      _Plymouth, MA @ approx. 4:00 PM_

I certify under penalty of perjury that the foregoing is true and correct.

Executed in accordance with the provisions of 28 U.S.C. § 1746 on the _1ST_

Day of _____June_____, 2004.

                              S/A  S. McL___

                              SPECIAL AGENT SCOTT MCLEOD

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,    )
    )
    Petitioner,    )
    )
    v.    )    Civil No.
    )
SADLER FINANCIAL GROUP, LTD.,    )    **04** MBD **10146**
    )
    Respondent.    )

## ORDER TO SHOW CAUSE

Upon the petition, the exhibits attached thereto, and upon the motion of Michael

J. Sullivan, the United States Attorney for the District of Massachusetts, it is

ORDERED that the respondent, Sadler Financial Group, Ltd., appear before the

United States District Court for the District of Massachusetts, in that branch thereof

presided over by the undersigned, on the ___20___ day of ___July___,

2004, at ___2:00___ _p_.m., to show cause why it should not be compelled to obey the

Internal Revenue Service summons served upon it on February 10, 2003.

IT IS FURTHER ORDERED that a copy of this Order, together with the petition,

and the exhibits attached thereto, be personally served upon Sadler Financial Group,

Ltd., on or before ___June 18___, 2004, and that in accordance

with the provision of Rule 4.1(a) of the Federal Rules of Civil Procedure, such service

may be effected by any special agent of the Internal Revenue Service.

IT IS FURTHER ORDERED that within eleven (11) days of service of a copy of

this Order and the petition with exhibits upon it, the respondent, Sadler Financial Group,

Ltd., shall file and serve a written response to the petition supported by appropriate

affidavits, as well as any motions the respondent desires to make.  All motions and



issues raised by the respondent, Sadler Financial Group, Ltd., will be considered upon the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit will be considered at the return of this Order and any uncontested allegations in the petition will be considered as admitted.

IT IS FURTHER ORDERED THAT Sadler Financial Group, Ltd., shall designate an individual as its agent to appear *personally* (whether accompanied by counsel or not) on the date and at the time and place set forth above, which agent shall bring with him, or her, all books, records, documents, and other data described in and demanded by the summons served upon Sadler Financial Group, Ltd.

DONE AND ORDERED at Boston, this __20TH__ day of __May__, 2004.

_William A. Young_
UNITED STATES DISTRICT JUDGE

- 2 -