IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Petitioner,* | ) |
| | ) |
| v. | ) Case No. 04-MBD-10146 |
| | ) |
| SADLER FINANCIAL GROUP, LTD., | ) Hon. William G. Young |
| | ) |
| *Respondent.* | ) |

PETITIONER'S REQUEST TO MODIFY
RETURN DATE OF ORDER TO SHOW CAUSE

The United States of America requests the Court to modify the Order to Show Cause entered May 20, 2004, by making that Order to Show Cause, presently returnable on July 20, 2004, returnable between the dates of June 18, 2004 and June 30, 2004.  The request is made to accommodate the needs of the principal of the respondent, who has been called to active duty with the United States Air Force, and to provide for prompt compliance with the Internal Revenue Service summons served upon the respondent on February 10, 2003, following the entry of an order to enforce that summons.

The United States also that service of the modified order to show cause may be made either by in-hand delivery or by any other means, including facsimile transmission

and overnight courier, for which petitioner can obtain the written acknowledgment from the respondent of its receipt of the modified Order to Show Cause.

A proposed Modified Order to Show Cause is submitted with this request.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney


By:  /s/ Barbara Healy Smith
      BARBARA HEALY SMITH
      Assistant United States Attorney