IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| *Petitioner,* | ) |
| | ) |
| v. | ) Case No. 04-MBD-10146 |
| | ) |
| SADLER FINANCIAL GROUP, LTD., | ) Hon. William G. Young |
| | ) |
| *Respondent.* | ) |

## MODIFIED ORDER TO SHOW CAUSE

The United States of America having requested this Court to modify the Order to Show Cause entered May 20, 2004, by making that Order to Show Cause returnable between the dates of June 18, 2004 and June 30, 2004, to accommodate the needs of the principal of the respondent, who has been called to active duty with the United States Air Force, and to provide for prompt compliance with the Internal Revenue Service summons served upon the respondent on February 10, 2003, and good cause having been shown, it is

ORDERED that the Order to Show Cause entered May 20, 2004, is modified as follows:

1.  The respondent, Sadler Financial Group, Ltd., shall appear before the United States District Court for the District of Massachusetts, in that branch presided over by the undersigned on the ____ day of June, 2004, at ____ _. m., to show cause why it should not be compelled to obey the Internal Revenue Service summons served upon it on February 3, 2004.

2.  A copy of this Modified Order to Show Cause shall be served upon the

respondent promptly.  Service may made by any person over 18 years of age and may be effected either by in-hand delivery or by any other means, including facsimile transmission and overnight courier, for which petitioner can obtain the written acknowledgment from the respondent of its receipt of this Modified Order to Show Cause.

All provisions of the Order to Show Cause entered May 20, 2004, which are not modified by this order remain in full force and effect.

DONE and ORDERED at Boston, Massachusetts, this ___ day of June 2004.

　
WILLIAM G. YOUNG
Chief, United States District Judge