IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No. 04-10146-WGY |
| | ) |
| SADLER FINANCIAL GROUP, LTD., | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

TO:  TONY ANASTAS
     Clerk of the Court

PLEASE TAKE NOTICE that Barry E. Reiferson, Esquire, of the Tax Division, United States Department of Justice, Washington, D.C., appears as additional counsel for the petitioner, United States of America, in the above-titled proceeding.

>  /s/  *Barry E. Reiferson*
>  Trial Attorney, Tax Division
>  United States Department of Justice
>  P.O. Box 55, Ben Franklin Sta.
>  Washington, D.C.  20044-0055
>
>  Tel.:  (202) 514-6058
>  e-mail: Barry.E.Reiferson@USDOJ.gov

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on
June 22, 2004  /s/ Barry E. Reiferson

To:  Sadler Financial Group, Ltd.
     Suite 7
     116 Long Pond Road
     Plymouth, Massachusetts  02360