IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 04-MBD-10146 |
| SADLER FINANCIAL GROUP, LTD., | ) ) Hon. William G. Young ) |
| Respondent. | ) |

ACKNOWLEDGMENT OF SERVICE OF
MODIFIED ORDER TO SHOW CAUSE

I, Russell Sadler, President of Sadler Financial Group, Ltd., on behalf of Sadler Financial Group, Ltd., acknowledge the receipt, by facsimile transmission, in accordance with the provision in paragraph number 2 of the Modified Order to Show Cause dated June 21, 2004, of a copy of the Modified Order to Show Cause which establishes the date and time of the hearing as June 23, 2004 at 2:00 pm at the United States Court House, Boston, Massachusetts.

SADLER FINANCIAL GROUP, LTD.

By: _____
RUSSELL SADLER, President

Plymouth, Massachusetts

June 21, 2004