IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>V.<br><br>SADLER FINANCIAL GROUP, LTD.,<br>*Defendant,* | Civil No. 04MBD10146 |

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE

The defendant Sadler Financial Group, Ltd., (hereinafter referred to as "Sadler"), hereby responds to the Order to Show Cause which was served upon Sadler's president, Russell Sadler on June 1, 2004.

1. The defendant shall comply with the Order to Show Cause and will produce all of the books, records, documents and other data, in its possession relative to the Internal Revenue Service summons served upon it on February 10, 2003.

2. Sadler hereby designates Russell Sadler as its agent and Mr. Sadler will appear personally on the date and at the time and place set forth in the Court's Order to Show Cause.

*Russell P Sadler*

Russell Sadler, President
Sadler Financial Group, Ltd.
116 Long Pond Road, Ste 7
Plymouth, MA 02360
(508) 830-1040
**Dated: June 10, 2004**

## CERTIFICATE OF SERVICE

I, Russell Sadler, hereby certify that the within **Defendant's Response to Order to Show Cause** has been served upon the following by the manner noted below, this 10th day of June, 2004.

By Certified Mail: 7002 2410 0004 4613 5520

William G. Young
Chief Judge
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 5710
Boston, MA 02210

By Certified Mail: 7002 2410 0004 4613 5537

Lydia D. Bottome
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044

By Certified Mail: 7002 2410 0004 4613 5544

Barbara Healy Smith
Assistant United States Attorney
United States Attorney U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_Russell L Sadler_
Russell Sadler, President
Dated: June 10, 2004

2