IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 04-10146-WGY |
| ) | |
| SADLER FINANCIAL GROUP, LTD., ) | |
| ) | |
| Respondent. ) | |

## MOTION TO WITHDRAW PETITION TO ENFORCE IRS SUMMONS

The United States of America hereby moves this Court to withdraw its petition to enforce the IRS summons filed in the above-captioned proceeding. This Court ordered compliance with the summons on June 23, 2004, and the respondent has complied with the IRS Summons. As a result, the petitioner seeks to withdraw the petition.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Lydia D. Bottome
LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the parties of record a copy of the foregoing document by depositing in the United States mail, postage prepaid, a copy of same:

/s/ Lydia D. Bottome                              Dated: August  9 , 2004
LYDIA D. BOTTOME